

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00243-CV

Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital
Corpus Christi–South
v.
Cheryl Williams and Ronald Williams

On appeal from the
94th District Court of Nueces County, Texas
Trial Court Cause No. 2016DCV-4437-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERED in accordance with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

February 6, 2020